Appeals by the defendant from two judgments of the Supreme Court, Queens County (Koenderman, J.), both rendered January 12, 2016, convicting him of attempted robbery in the third degree under S.C.I. No. 2784/15, and criminal contempt in the first degree under S.C.I. No. 2789/15, upon his pleas of guilty, and imposing sentences. Assigned counsel has submitted a brief in accordance with Anders v California (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the defendant.
 

 Ordered that the judgments are affirmed.
 

 We are satisfied with the sufficiency of the brief filed by the defendant’s assigned counsel pursuant to Anders v California (386 US 738 [1967]), and upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel’s application for leave to withdraw as counsel is, therefore, granted (see id.; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d 606 [1979]).
 

 Leventhal, J.P., Austin, Cohen and Brathwaite Nelson, JJ., concur.